# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EVERMAN'S ELECTRIC COMPANY**                                    **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:14CV440-LG-RHW**

**J.J. SOSA & ASSOCIATES, INC.**                                   **DEFENDANT**

## FINAL JUDGMENT

Having disposed of all matters pending before this Court, Final Judgment is hereby entered in favor of the defendant and against the plaintiff pursuant to Fed. R. Civ. P. 54. The defendant, J.J. Sosa & Associates, Inc., does have and shall recover judgment of and from the plaintiff, Everman's Electric Company, in the amount of Three Hundred Ninety-Three Thousand, Six Hundred Thirty-Seven dollars and fifty-four cents ($393,637.54), plus pre-judgment interest of eight percent (8%) per annum on this amount from the date of the arbitration award to the date of this Judgment, plus Two Thousand Eighty-Two dollars and forty-nine cents ($2082.49) in attorneys fees and costs. The total amount shall accrue post-judgment interest at the currently prescribed federal rate from the date of this Judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2017.

                                                 *s/ Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 CHIEF U.S. DISTRICT JUDGE